**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON**

CIVIL ACTION NO. 22-273-DLB

**CHRISTOPHER RYAN YOUNG**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　**JUDGMENT**

**KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY**　　　　　　**DEFENDANT**

\* \*　\* \*　\* \*　\* \*　\* \*　\* \*　\* \*

　　　　Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

　　　　**IT IS ORDERED AND ADJUDGED** as follows:

　　　　(1)　　The administrative decision is **AFFIRMED** and Judgment is entered in favor of Defendant Commissioner;

　　　　(2)　　Plaintiff Christopher Ryan Young's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**;

　　　　(3)　　The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

　　　　(4)　　This is a final and appealable order and no just cause for delay exists.

　　　　This 26th day of June, 2023.



Signed By:
*David L. Bunning*　DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Lexington\5-22-273 Young Judgment.docx